# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND, | Case No. 2:26-cv-05009-FWS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LARRY ROTHMAN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for lack of federal subject matter jurisdiction.

DATED: July 1, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE